# UNITED STATES DISTRICT COURT
for the
WESTERN District of TEXAS

FILED
June 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Valeria Sandoval
DEPUTY

United States of America
v.

CHRISTIAN MARTINEZ

*Defendant(s)*

Case No. SA-22-MJ-00971

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 27-28, 2022__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324 (a)(1)(A)(v)(I)/(B)(iv). | Conspiracy to transport illegal aliens resulting in death<br><br>PENALTIES: Up to Life in prison or death; up to $250,000 fine; no more than 5 years term of supervised release, $100 Special Assessment, $5,000 assessment pursuant to 18 U.S.C. § 3014 |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

NESTOR G CANALES  Digitally signed by NESTOR G CANALES
Date: 2022.06.28 23:43:08 -05'00'
*Complainant's signature*

Nestor Canales, Special Agent, HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 6/29/2022 12:01am

*Judge's signature*

City and state: San Antonio, Texas

Elizabeth S. Chestney, U.S. Magistrate Judge
*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

On June 27, 2022, Homeland Security Investigations (HSI) San Antonio Special Agents (SAs) responded to the scene of a human smuggling event involving a tractor trailer and sixty-four (64) individuals suspected of being in the United States illegally near Quintana Road in San Antonio, Texas, in the Western District of Texas.

HSI SAs were advised at the scene by San Antonio Police Department (SAPD) officers that they arrived at the location of the tractor trailer after receiving 911 calls from concerned citizens. At the scene, SAPD Officers discovered multiple individuals on the ground and in nearby brush, several of whom were deceased.

SAPD Officers were led to the location of an individual that was observed hiding in the brush before running to abscond from responding citizens. At the location, SAPD officers encountered and detained Homero ZAMORANO Jr. (ZAMORANO Jr.). A cellular phone, a hat, and a wallet containing ZAMORANO Jr's identification card was recovered from ZAMORANO Jr. and the immediate area.

Responding agents confirmed that forty-eight (48) individuals were deceased and located inside or within the vicinity of the tractor trailer. There were twenty-two (22) Mexican nationals, seven (7) Guatemalan nationals, two (2) Honduran nationals, and seventeen (17) were of unknown origin but suspected to be Undocumented Non-Citizens. HSI confirmed the undocumented status of the deceased individuals at the scene by utilizing a mobile fingerprint device.

Sixteen (16) additional individuals were transported to local hospitals for medical evaluation and three (3) died at the hospital for a total of fifty-one (51) deceased.

HSI San Antonio SAs took custody of ZAMORANO Jr. and the cellular phone.

On June 28, 2022, the Honorable Magistrate Judge Elizabeth S. Chestney of the Western District of Texas San Antonio Division, approved an HSI search warrant application requesting to search of the cellular phone seized from the scene suspected to belong to ZAMORANO Jr.

On the same date, HSI SAs executed the search warrant of the cellular phone and discovered numerous photographs of ZAMORANO Jr. within the device. HSI SAs also reviewed text messages where a conversation was discovered from June 27, 2022, with an individual utilizing telephone number (903) 480-2637. The person utilizing the telephone number was identified as Christian MARTINEZ.

On June 27, 2022, at approximately 12:17 p.m., ZAMORANO Jr. received a picture from MARTINEZ showing a truck load manifest. At approximately 12:19 p.m., ZAMORANO Jr. sent a text message to MARTINEZ which read "I go to the same spot." At approximately 12:44 p.m., MARTINEZ sent ZAMORANO Jr. GPS coordinates that when inputted into an online search engine provided the address of 3108 Chacon Street in Laredo, Texas. At approximately 1:40 p.m., MARTINEZ sent ZAMORANO Jr. a text message that reads "Way bro" (believed to

be a typo intending to send as "wya," meaning "where you at?"). At approximately 3:18 p.m., MARTINEZ sent ZAMORANO Jr. three (3) text messages saying, "Call me bro.", "Yes," "Call me bro." At approximately 6:17 p.m., MARTINEZ sent ZAMORANO Jr. one last text message saying, "Wya bro."

Law enforcement database queries on MARTINEZ's cellular phone revealed the telephone number is subscribed to Christian MARTINEZ.

On June 28, 2022, it was identified that HSI Tyler had an active investigation on MARTINEZ. Through combined efforts HSI Tyler and Palestine Police Department identified a confidential informant (CI) that knows MARTINEZ. On June 28, 2022, the CI stated that MARTINEZ initiated a conversation regarding the death of several individuals inside a tractor trailer in San Antonio, Texas. MARTINEZ admitted being involved in the event and he identified the driver of the tractor trailer as "Homer". In addition, MARTINEZ said the driver was unaware the air conditioning unit stopped working and was the reason why the individuals died. MARTINEZ added the driver also attempted to flee to the location of the tractor trailer.

Palestine Police Department stated the CI has previously provided accurate information.

On June 28, 2022, HSI SA's obtained a ping warrant for MARTINEZ's cellular phone placing the phone within several meters of the CI's location.

Based upon the information set forth above, there is probable cause to believe that MARTINEZ committed the offense of Conspiracy to Transport Illegal Aliens resulting in death in violation of Title 8 United State Code, Section 1324(a)(1)(A)(v)(I)(B)(iv).

NESTOR G CANALES
Digitally signed by NESTOR G CANALES
Date: 2022.06.28 23:43:48 -05'00'

Nestor Canales
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on June 29, 2022

UNITED STATES MAGISTRATE JUDGE
ELIZABETH S. CHESTNEY